# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## Petition for Warrant or Summons for Person Under Supervision

Person Under Supervision: Herbert D Zeno

Case Number: 3:22CR00340-1
USM Number: 43013-086

Name of Sentencing Judicial Officer: The Honorable Ronald B. Leighton
U.S. District Court Judge

Jurisdiction transferred into Oregon on September 26, 2022

Name of Presiding Judicial Officer:   The Honorable Amy M. Baggio
U.S. District Court Judge

Date of Original Sentence: January 31, 2014

Original Offense: Felon in Possession of a Firearm

Original Sentence: 120 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release

Date Supervision Commenced: August 31, 2022
Expiration Date: August 30, 2025

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the person under supervision has violated the following condition of supervision:

### Violation Number

Standard Condition #13: You must follow the instructions of the probation officer related to the conditions of supervision.

### Nature of Noncompliance

On Thursday, October 3, 2024, as a last attempt at making contact with him, an appointment letter was dropped off at Zeno's residence, with reporting instructions for Monday, October 7, 2024. Zeno did not report as directed or contact probation.

**Violation Number**

Special Condition #1: The defendant shall participate as instructed by the U.S. Pronation officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. In addition to urinalysis testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis test per month.

**Nature of Noncompliance**

On July 16, 2024, Zeno submitted a drug screen which was positive for marijuana, and he admitted to using marijuana during the holiday weekend.

On August 18, 2024, Zeno submitted a drug screen which was positive for methamphetamine and alcohol.

**U.S. Probation Officer Recommendation:** Zeno has not contacted or reported to probation in the last two weeks despite attempting to see him at home and leaving numerous voicemails. His whereabouts are unknown.

Zeno is pending a supervised release violation hearing on November 7, 2024, and there is already a status conference set for October 9, 2024, to address Zeno's substance use. However, as Zeno appears to have absconded supervision, we are requesting cancelation of the status conference and the issuance of a warrant.

Based on the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a Warrant and Order to Show cause why defendant's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 07, 2024

Respectfully submitted,

by *Brandon Bowen*

Brandon Bowen
U.S. Probation Officer
Date: October 07, 2024

Approved,

by [signature]

Dan Painter
Supervisory U.S. Probation Officer
Date: October 07, 2024

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons:

| | |
|---:|:---|
| Appearance Date: | Enter the DATE of the Hearing |
| Appearance Time: | Enter the TIME of the Hearing |
| Courthouse: | Enter the COURTHOUSE NAME and/or CITY |
| Courtroom Number: | Enter the COURTROOM NUMBER |

☐ Telephonic Status Conference
☐ Other

[signature: Amy M Baggio]
Signature of Judicial Officer

10/07/2024
Date